

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Ex parte Zachary Pistolis

No. 06-18-00169-CR

Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 16F0489-202). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellant, Zachary Pistolis, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 31, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk